**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No. 4:26cr33-AW**

**ROBERT EDWARD NIXON,**

**Defendant.**
______________________________/

**DEFENDANT'S SENTENCING MEMORANDUM**

Mr. Robert Nixon, by and through undersigned counsel, respectfully requests that this Court consider a sentence of twelve months' home confinement. A downward variance of 5 months and replacing an incarcerated sentence with a sentence of home confinement would adequately punish and deter Mr. Nixon while still recognizing his public service, his health conditions, and his great potential not to recidivate.

Mr. Nixon grew from humble beginnings. His parents went through periods of struggling financially and temporarily lived in more unsafe areas of town. Despite this, he was taken care of as a child and taught to value family, help people in need, and give back to his community. When Mr. Nixon was 19, he took the lessons that his parents had taught him and enlisted in the U.S. Navy. Mr. Nixon performed his duty in the Navy and was discharged honorably at the end of his time in service.

After honorably discharging from the Navy, Mr. Nixon continued serving the public. He worked at various economic development counsels, trying to boost local economies and volunteered his time to help the less fortunate. In 2014, Mr. Nixon was convicted in Federal Court of stealing or misapplying funds. This conviction was based on actions taken between 2008 and 2009. Mr. Nixon was sentenced to 27 months' prison and released on May 26, 2014. He was placed on supervision and did so well that supervision was terminated early (after approximately two and a half years of the three years sentenced). It is important to note that this misconduct was only based on actions between 2008 and 2009 and does not impugn any other public service that Mr. Nixon has completed. Since Mr. Nixon was released in 2014, he has been convicted of no offenses up until the instant case. He was successfully rehabilitated. After release, Mr. Nixon began working again and was promoted in June 2018 to City Manager of Quincy. While this position ended in 2025 due to the allegations in Gadsden Case No. 2026CF00047, Mr. Nixon remains innocent of these charges and denies all allegations of wrongdoing in regard to the alleged fraud. In this position, Mr. Nixon managed a workforce of approximately 130 employees in order to improve Quincy for its residents. Quincey has a higher crime rate than 92% of Florida Communities. WTXL ABC, https://www.wtxl.com/news/local-news/in-your-neighborhood/gadsden-county/quincy-seeks-to-hire-more-officers-

and-expand-surveillance-cameras-as-crime-rate-tops-most-of-florida, (last visited Nov. 12, 2026). While serving as city manager, Mr. Nixon spent his free time trying to help the community. He has regularly performed community outreach including food drives, clothing drives, and assisted in teaching at his church. Embedded in this memo are various pictures showing the charity work that Mr. Nixon was performing around the city.









Mr. Nixon has several health conditions that he would like the Court to be aware of. First and most seriously, Mr. Nixon has been diagnosed with congestive heart failure. He regularly has difficulty gaining the energy to do anything. During his trial, walking from the Federal Public Defender's Office to the Courthouse (approximately two blocks), left Mr. Nixon gasping for air and having to sit for a significant period of time. He is extremely concerned that Federal Prison will not have the resources to address his health defects. Currently, Mr. Nixon sees a doctor once a week to monitor his blood related to congestive heart failure and continues monitoring his other health conditions such as diabetes and high blood pressure. Mr. Nixon also has an artificial mitral valve which requires continuing anticoagulation treatment and regular monitoring. This constant need for medical care will make prison more difficult for Mr. Nixon than it would be for a typical defendant.

Mr. Nixon has relatively limited criminal history. Regularly, there are defendants who come in front of this court with multiple felonies in possession of firearm convictions before they ever make it to Federal Court. Mr. Nixon has two cases leading to conviction of any kind ever. He has a reckless driving conviction from 2008 and his previous federal case from 2010. Mr. Nixon was released from federal prison in 2014 and has had no violations of supervised release or convictions in the

last decade. This shows that he is willing and able to self-correct and become a productive member of society. He also has community support. Mr. Nixon is supported by his church, his wife, and his children.

While it is clearly wrong for a felon to possess a firearm, I think it is important to recognize that Mr. Nixon is not a felon due to any kind of violent or even recklessly dangerous offense, but instead for a white-collar offense. It is also important to note that there is no evidence that Mr. Nixon ever fired either firearm that was found in the nightstand.

In light of the public service that Mr. Nixon has completed, his severe medical conditions, and his great potential not to recidivate, defense asks that the Court consider a sentence of 12 months of home confinement.

Respectfully Submitted,

JOSEPH F. DEBELDER
Federal Public Defender

*/s/ Brennan Abramowitz*
BRENNAN ABRAMOWITZ
Assistant Federal Public Defender
Fla. Bar No. 1022647
227 N. Bronough Street, Suite 4200
Tallahassee, FL 32301
(850) 942-8818
(850) 942-8809 Fax
Attorney for Defendant

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by Notice of Electronic Filing to Christie Utt, Assistant United States Attorney, 111 N. Adams Street, 4th Floor, Tallahassee, FL 32301, this 18th day of November 2026.

/s/ *Brennan Abramowitz*
BRENNAN ABRAMOWITZ